# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Tiffany Nichole Burton - Hough          CHAPTER 7
<u>Debtor(s)</u>

BKY. NO. 22-22498 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ <u>Brian C. Nicholas (Atty ID: 317240)</u>
Brian Nicholas
30 Dec 2022, 12:32:39, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: c75a08fdc63bb1aa6f6639fdd2d115ccdb80f08e09788fd0b26686582ae606c7