FILED
3/23/23 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tiffany Nichole Burton - Hough<br>　　　　　　　　　　Debtor(s) | BK. NO. 22-22498 GLT |
| Lakeview Loan Servicing, LLC,<br>its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　　　v.<br>Tiffany Nichole Burton - Hough<br>　　　　　　　　　　Respondent(s)<br>　　　　　　and<br>Robert H. Slone Esq., Trustee<br>　　　　　　　　　　Additional Respondent | CHAPTER 7<br><br>Related to Docket No. 16 |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

　　This __23rd day of March__, 2023, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 1590 Banning Road, Dawson, PA 15428.

　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Brian C. Nicholas, Esquire
bnicholas@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-22498-GLT
Tiffany Nichole Burton-Hough | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 1
Date Rcvd: Mar 23, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

**Recip ID         Recipient Name and Address**
db            +  Tiffany Nichole Burton-Hough, 1590 Banning Road, Dawson, PA 15428-1023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

**Name**                             **Email Address**
Brian Nicholas
                                     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

David A. Rice
                                     on behalf of Debtor Tiffany Nichole Burton-Hough ricelaw1@verizon.net  lowdenscott@gmail.com

Office of the United States Trustee
                                     ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
                                     robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
                                     on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

TOTAL: 5