IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Tiffany Nichole Burton-Hough,         :   Bankruptcy No.: 22-22498-GLT
                    Debtors,                  :
        Tiffany Nichole Burton-Hough,         :   Chapter 7
                    Movants,                  :
                                              :   Related to Document No.
                v.                            :
        Affirm,                               :
                    Respondent.               :

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, David A Rice, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

Affirm
30 Isabella Street
Floor 4
Pittsburgh, PA. 15212

By:   /s/ David A Rice, Esq.
      15 West Beau Street
      Washington, PA 15301
      ricelaw1@verizon.net
      724-225-7270
      PA 50329