IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Tiffany Nichole Burton-Hough, | : | Bankruptcy No. 22-22498-GLT |
| | : | |
| Debtor, | : | |
| | : | |
| Tiffany Nichole Burton-Hough, | : | Chapter 7 |
| | : | |
| Movants, | : | |
| | : | Related to Document No. |
| v. | : | |
| Affirm, | : | |
| Respondent. | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the April 14, 2023 Court Order, the 341 Meeting Notice and the Amendment to Schedule F on each party listed below by first class U.S. mail on April 17, 2023.

Robert H Slone, Trustee
223 South Maple Avenue
Greensburg, PA  15601

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Affirm
30 Isabella Street, Floor 4
Pittsburgh, PA  15212

    Attorney for Movant(s):
    Rice & Associates Law Firm
    /s/ David A Rice, Esq.
    15 West Beau Street
    Washington, PA  15301
    724-225-7270
    ricelaw1@verizon.net
    PA ID# 50329